■ LAWRENCE A. FARNSWORTH et al., Appellants, v GARLOCK, INC., et al., Respondents. [621 NYS2d 1011] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Strobridge, J. (Appeal from Order of Supreme Court, Wayne County, Strobridge, J.—Dismiss Complaint.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.

■ In the Matter of ROBERT P. JOHNSON, for Reinstatement. [621 NYS2d 994] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Pine, P. J., Balio, Lawton, Wesley and Davis, JJ.

■ In the Matter of JOSEPH F. MUTO, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [621 NYS2d 994] —Order of suspension entered. Memorandum: At respondent's request, this matter was adjourned from October 18, 1994 and respondent was directed to serve and file an answer by Monday, November 21, 1994. Respondent's untimely submission of an unverified answer and failure to appear on the adjourned date constitutes a default. Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.

■ In the Matter of VICTOR ORZECHOWSKI, for Reinstatement. [621 NYS2d 994] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Pine, J. P., Balio, Lawton, Wesley and Davis, JJ.

■ In the Matter of VITO MICHAEL PASTORE, for Reinstatement. [621 NYS2d 994] —Application denied. Present—Denman, P. J., Green, Fallon, Callahan and Doerr, JJ.

■ In the Matter of EDWARD M. SINKER, an Attorney. [621 NYS2d 964] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Denman, P. J., Green, Pine, Wesley and Callahan, JJ. (Filed Nov. 22, 1994.)